# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2019

157296

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVID BRANDELL JESSIE,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157296
COA: 335255
Oakland CC: 2011-237057-FC

      By order of September 12, 2018, the application for leave to appeal the January 23, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Ames* (Docket No. 156077).  On order of the Court, leave to appeal having been denied in *Ames* on June 26, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2019



Clerk

d0923